| | | |
|---|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney | *E-filed 10/23/06* |
| 2 | | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division | |
| 4 | AMY J. NELSON (OKBN 19898)<br>Special Assistant United States Attorney | |

Defense Language Institute-Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831)242-7321
amy.nelson@monterey.army.mil

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-00444 PVT |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED]<br>) ORDER EXCLUDING TIME |
| MIGUEL A. RIVERA, JR., | ) |
| Defendant. | ) SAN JOSE VENUE |

On September 28, 2006, the parties in this case appeared before the Court for a status hearing. After Peter Leeming, Defense Counsel, indicated that he planned to file a motion to exclude certain evidence, the parties jointly requested that the case be placed on Judge Lloyd's calendar for Thursday, November 2, 2006. Special Assistant United States Attorney Amy Nelson then requested an exclusion of time under the Speedy Trial Act from September 28, 2006 until the disposition of the motion in accordance with 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A) and (B)(iv). The defendant, through Peter Leeming, his attorney, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1 | //

2 | SO STIPULATED:                     KEVIN V. RYAN
3 |                                    United States Attorney
4 | DATED: 12 OCT 06                   /s/ Amy J. Nelson
5 |                                    AMY J. NELSON
  |                                    Special Assistant United States Attorney
6 | DATED: 14 Oct. 06                  /s/ Peter A. Leeming
7 |                                    PETER LEEMING
  |                                    Counsel for Mr. Rivera
8 |
9 |
10 |    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
11 | under the Speedy Trial Act from September 28, 2006 until disposition of the motion. The Court
12 | finds, based on the aforementioned reasons, that the ends of justice served by granting the
13 | requested continuance outweigh the best interest of the public and the defendant in a speedy trial.
14 | The failure to grant the requested continuance would deny defense counsel reasonable time
15 | necessary for effective preparation, taking into account the exercise of due diligence, and would
16 | result in a miscarriage of justice. The Court therefore concludes that this exclusion of time
17 | should be made under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A) and (B)(iv).
18 | SO ORDERED.
19 |
20 | DATED: 10/23/06
21 |                                    HOWARD R. LLOYD
                                        United States Magistrate Judge