IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00444 PVT |
| ) Plaintiff, ) | [~~PROPOSED~~] ORDER VACATING |
| ) vs. ) | PRELIMINARY HEARING DATE AND EXCLUDING TIME UNDER THE |
| ) ) | SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161 |
| MIGUEL A. RIVERA, Jr., ) ) ) | |
| Defendant ) | |

### ORDER

For the reasons stated in the above Stipulation, the Court finds that that currently set hearing date of ~~January~~ Feb. 15 PVT 1, 2007 ~~should be~~ PVT should be changed to March 15, 2007 at 1:30 P. M.

IT IS SO ORDERED.

Dated: 2/15/07

*[signature]*
U. S. Magistrate Judge

Joint Stipulation and order                 -4-