Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Miguel A. Rivera, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00444 PVT |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161** |
| vs. | |
| MIGUEL A. RIVERA, Jr., | |
| Defendant | |

The United States of America, by Capt. Amy Nelson, Special Assistant United States Attorney, and the defendant in the above case, by and through his attorney Peter A. Leeming, hereby enter into this joint stipulation.

The parties stipulate, and ask the Court to adopt as its FINDINGS that:

1. This case is currently set for a Hearing on Mr. Rivera's Motion to Suppress Evidence on Thursday, March 15, 2007.

Joint Stipulation and order -1-

The matter has been continued in order for the parties to discuss resolution of the matter, and to allow booth parties additional time to prepare for the motion hearing, if necessary.

2. Both parties have engaged in settlement discussions, and a proposed settlement has been reached. Counsel for the government needs additional time for the proposed settlement to be reviewed by her office.

3. Both parties therefore request that the hearing set for March 15, 2007 be vacated, and a new date of April 4, 2007 be set, for the reasons set forth above. [18 U.S.C. Sect. 3161(h)(B)(4).]

4. The parties therefore agree to and request:

1. That the current hearing on the defense motion to suppress evidence be vacated;

2. That a new motion hearing be set for April 4, 2007 at 1:30 P. M., and

3. That an exclusion of time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(B)(4), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated: 3/14/07          By:_____/S/_____

Joint Stipulation and order                    -2-

```
                              Capt. Amy Nelson, Special
                              Assistant United States
                              Attorney


Dated: 3/14/07       By:_____/S/_____
                         PETER A. LEEMING, attorney
                         for Miguel A. Rivera
```

Joint Stipulation and order -3-

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MIGUEL A. RIVERA, Jr.,<br><br><br>　　　　Defendant | ) No. CR 06-00444 PVT<br>)<br>) [PROPOSED] ORDER VACATING<br>) PRELIMINARY HEARING DATE AND<br>) EXCLUDING TIME UNDER THE<br>) SPEEDY TRIAL ACT, 18 U.S.C.<br>) SECTION 3161<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the above Stipulation, the Court finds that that currently set hearing date of March 15, 2007 should be should be changed to April 5, 2007 at 1:30 P. M.

IT IS SO ORDERED.

Dated: March 14, 2007

　　　　　　　　　　　　　　　　　/s/ Patricia V. Trumbull
　　　　　　　　　　　　　　　　U. S. Magistrate Judge
　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL

Joint Stipulation and order　　　　　　　　　-4-